**Order entered November 13, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01477-CV

### IN RE STAFF CARE, INC., Relator

### Original Proceeding from the 44th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. 11-03615

## ORDER

Before the Court is the Unopposed Motion for Extension of Deadline to File Response to

Petition for Writ of Mandamus filed by real parties in interest. We **GRANT** the motion and

**ORDER** real parties in interest to file their response by November 15, 2013.


/s/      ELIZABETH LANG-MIERS
         JUSTICE